# ELECTRONIC RECORD

COA # 03-14-00059-CR          OFFENSE: 19.02

STYLE: Thomas Brock v. The State of Texas          COUNTY: Travis

COA DISPOSITION: Modified and, as Modified, Affirmed          TRIAL COURT: 167th District Court

DATE: 5/22/15          Publish: NO          TC CASE #: D-1-DC-12-202194

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Thomas Brock v. The State of Texas          CCA #: 732-15

_PRO SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**